IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SCHARLENE BROOKS, STEPHEN N. FOX & NORA FOX JTWROS, individually and on behalf of all others similarly situated, § § § § § § Plaintiffs, § § v. § Civil Action No. 4:20-cv-00150-O § UNITED DEVELOPMENT FUNDING § III, L.P., UMT SERVICES, INC., § UMTH GENERAL SERVICES, L.P., § UMTH LAND DEVELOPMENT, L.P., § UMT HOLDINGS, L.P., HOLLIS M. § GREENLAW, TODD ETTER, CARA § D. OBERT, BEN L. WISSINK, and § WHITLEY PENN LLP, § § Defendants. § | |

## FINAL JUDGMENT AS TO DEFENDANT WHITLEY PENN LLP

Consistent with the Court's April 15, 2020 Order dismissing with prejudice Plaintiffs' negligence claim against Defendant Whitley Penn LLP (ECF No. 89), and the Court's May 28, 2020 Order dismissing with prejudice Plaintiffs' remaining claims against Defendant Whitley Penn LLP, pursuant to Federal Rule of Civil Procedure 54(b),

The Court ORDERS, ADJUDGES, and DECREES that the claims of Plaintiffs against Defendant Whitley Penn LLP be, and are hereby, **DISMISSED WITH PREJUDICE**.

The Court further ORDERS, ADJUDGES, and DECREES that each of these parties bear the court costs and attorney's fees incurred by that party.

1

The Court finds there is no just reason for delay, and hereby directs, entry of final judgment as to the dismissal of said claims.

**Signed** this **29th day** of **May, 2020.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE