# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| STEPHEN N. FOX & NORA FOX JTWROS, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> vs.<br><br>UNITED DEVELOPMENT FUNDING III, UMT SERVICES, INC., UMTH GENERAL SERVICES, L.P., UMTH LAND DEVELOPMENT, L.P., UMT HOLDINGS, L.P., HOLLIS M. GREENLAW, TODD ETTER, CARA D. OBERT, BEN L. WISSINK,<br><br>   Defendants. | <br><br><br><br><br><br>Civil Action No. 4:20-cv-00150-O<br><br>Honorable Reed O'Connor |

## NOTICE OF FILING PURSUANT TO 28 U.S.C. §1715 OF STIPULATION AND AGREEMENT OF SETTLEMENT

Pursuant to 28 U.S.C. § 1715(b), Defendants United Development Funding III, L.P. ("UDF III"), UMT Services, Inc. ("UMTS"), UMTH General Services, L.P. ("UMTH GS"), UMTH Land Development, L.P. ("UMTH LD"), and UMT Holdings, L.P. ("UMTH") (collectively, the "UDF Entity Defendants"), by their undersigned attorneys, hereby file the attached Stipulation and Agreement of Settlement which sets forth the terms of the proposed settlement of the action and embodies the terms and conditions of the settlement.

Dated: February 3, 2021

DEFENDANTS UNITED DEVELOPMENT FUNDING III, L.P., UMT SERVICES, INC., UMTH GENERAL SERVICES, L.P., UMTH LAND DEVELOPMENT, L.P., UMT HOLDINGS, L.P.

By: */s/ Paul J. Walsen*
Paul J. Walsen*
paul.walsen@klgates.com
John W. Rotunno*
john.rotunno@klgates.com
Molly K. McGinley*
molly.mcginley@klgates.com
Matthew A. Alvis*
matthew.alvis@klgates.com
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, Illinois 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

*Pro Hac Vice*

Clayton L. Falls
Texas Bar No. 24047546
clayton.falls@klgates.com
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone: (214) 939-5500
Facsimile: (214) 939-5849

*Counsel for United Development Funding III L.P., UMT Services, Inc., UMTH General Services, L.P., UMTH Land Development, L.P., and UMT Holdings, L.P.*

## **CERTIFICATE OF SERVICE**

I certify that on February 3, 2021, the foregoing Notice of Filing Pursuant to 28 U.S.C. §1715 of Stipulation and Agreement of Settlement was filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record in the action.

*/s/ Clayton L. Falls*
Clayton L. Falls
