IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STEPHEN N. FOX & NORA FOX JTWROS, individually and on behalf of all others similarly situated, | § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 4:20-cv-00150-O |
| | § | |
| UNITED DEVELOPMENT FUNDING III, L.P., UMT SERVICES, INC., UMTH GENERAL SERVICES, L.P., UMTH LAND DEVELOPMENT, L.P., UMT HOLDINGS, L.P., HOLLIS M. GREENLAW, TODD ETTER, CARA D. OBERT, and BEN L. WISSINK, | § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Plaintiff's Motion for Attorney's Fees (ECF No. 156), filed on April 8, 2021. So that the Court has the benefit of full briefing prior to the hearing on May 13, 2021, the Court **ORDERS** Defendants to respond to the Motion no later than **May 5, 2021,** and Plaintiff may reply no later than **May 10, 2021.**

SO ORDERED on this **29th day of April, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE